UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS W. FLORENCE, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-127 |
| | § § | |
| WILLIAM STEPHENS, | § § | |
| Respondent. | § | |

## ORDER

This habeas petition was dismissed with prejudice on June 9, 2015, pursuant to a preclusion order entered by the Fifth Circuit Court of Appeals. On September 9, 2015, petitioner was ordered by this Court to file no further motions in this closed case, yet he continues to file frivolous motions and documents.

Accordingly, any pending motions and documents filed prior to this order are **STRICKEN,** and the Clerk shall STRIKE any motions or documents filed subsequent to this order. If Florence does not cease his filing activities, the Court will not hesitate to impose sanctions.

It is so **ORDERED.**

SIGNED at GALVESTON, TEXAS, this the 8th day of October, 2015.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE